# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § | | Civil Action No. 4:15-cv-662 |
| *ex rels.* Michael J. Fisher and Michael Fisher, § | | |
| Individually, Douglas Albro and Douglas § | | |
| Albro, Individually, Paris Smith and Paris § | | **FILED UNDER SEAL** |
| Smith, Individually, Shaun Schimmelman and § | | |
| Shaun Schimmelman, Individually, Maria § | | PURSUANT TO 31 U.S.C §§ 3729-3732 |
| Borse and Maria Borse, Individually. § | | (FEDERAL FALSE CLAIMS ACT) |
| § | | |
| Plaintiffs/Relators, § | | |
| § | | |
| v. § | | JURY TRIAL DEMANDED |
| § | | |
| Nationstar Mortgage, LLC and Nationstar § | | |
| Mortgage Holdings, Inc. (NYSE: NMS), § | | |
| § | | |
| Defendants. § | | |

## ORDER

The United States of America ("United States" or "Government") having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B),

IT IS HEREBY ORDERED THAT:

1. The complaint shall be unsealed thirty days after entry of this Order, and service upon defendant by the plaintiffs-relators is authorized. If the plaintiffs-relators voluntarily dismiss the complaint pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure within this thirty-day period, plaintiffs-relators may seek to modify this Order with the consent of the United States or by motion on notice to the United States.

2. All documents previously filed in this action shall remain under seal and not be made public, except for, thirty days after entry of this Order, plaintiff-relator's operative *qui tam* complaint, this Order, and the Government's Notice of Election to Decline Intervention.

3. Thirty days after entry of this Order, the seal shall be lifted as to all other matters occurring in this action subsequent to the date of this Order.

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda and materials, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts. The United States is entitled to intervene in this action, for good cause, at any time.

5. The parties shall serve all notices of appeal upon the United States.

6. All orders of this Court shall be sent to the United States by the plaintiff-relator.

7. Should the plaintiff-relator or defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**IT IS SO ORDERED.**
**SIGNED this 3rd day of June, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE