IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Ex rels.* Michael J. Fisher, Douglas Albro,<br>Shaun Schimmelman and Maria Borse,<br><br>    Plaintiffs/Relators,<br><br>v.<br><br>Nationstar Mortgage, LLC and Nationstar<br>Mortgage Holdings, Inc. (NYSE: NMS),<br><br>    Defendants. | Civil Action No. 4:15-cv-662<br><br>JURY DEMAND REQUESTED |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following individual hereby enters an appearance as additional attorney of record on behalf of Relators/*Qui Tam Plaintiffs* Michael J. Fisher, Douglas Albro, Shaun Schimmelman and Maria Borse, (collectively, "Relators"), in all further proceedings in this cause of action and requests that all future notices from the Court, copies and pleadings sent to the parties in interest be sent to him at the following address:

Thomas M. Melsheimer
melsheimer@fr.com
Texas Bar No. 13922550
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

NOTICE OF APPEARANCE FOR THOMAS M. MELSHEIMER - PAGE 1

Dated: August 31, 2016        Respectfully submitted,

    By:   */s/ Thomas M. Melsheimer*
        Thomas M. Melsheimer
        melsheimer@fr.com
        Texas Bar No. 13922550
        Chad B. Walker
        cbwalker@fr.com
        Texas Bar No. 24056484
        **FISH & RICHARDSON P.C.**
        1717 Main Street, Suite 5000
        Dallas, TX 75201
        (214) 747-5070 (Telephone)
        (214) 747-2091 (Facsimile)

        M. Brett Johnson (Of Counsel)
        johnson@fr.com
        Texas Bar No. 00790975
        **FISH & RICHARDSON P.C.**
        1717 Main Street, Suite 5000
        Dallas, TX 75201
        (214) 747-5070 (Telephone)
        (214) 747-2091 (Facsimile)

        **Counsel for Relators/*Qui Tam* Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 31, 2016 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

        */s/ Thomas M. Melsheimer*
        Thomas M. Melsheimer